NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――

**ICON INTERNET COMPETENCE NETWORK B.V.,**
*Plaintiff-Appellant,*

**v.**

**TRAVELOCITY.COM LP,**
*Defendant-Appellee.*

―――――――――

2013-1295

―――――――――

Appeal from the United States District Court for the Northern District of Texas in No. 11-CV-1131, Judge Reed O'Connor.

―――――――――

**JUDGMENT**

―――――――――

MATTHEW C. JUREN, Matthews Lawson PLLC, of Houston, Texas, argued for plaintiff-appellant. With him on the brief were GUY E. MATTHEWS, C. VERNON LAWSON, and ERIK J. OSTERRIEDER. Of counsel on the brief was GUY FISHER, Provost Umphrey Law Firm, LLP, of Beaumont, Texas.

THOMAS MELSHEIMER, Fish & Richardson, P.C., of Dallas, Texas, argued for defendant-appellee. With him on the brief were NEIL MCNABNAY and DAVID CONRAD, of

Dallas, Texas, and JOHN A. DRAGSETH, of Minneapolis, Minnesota.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 January 8, 2014         /s/  Daniel  E.  O'Toole
Date                 Daniel E. O'Toole
                     Clerk of Court